UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 20-8265-BER, 20-8266-BER, 20-8267-BER

IN RE:

SEALED COMPLAINT AND
SEARCH WARRANTS

_____/

FILED BY ___TM___ D.C.

Jul 29, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## MOTION TO SEAL

Comes now the United States, by and through the undersigned Assistant United States Attorney, and hereby requests that this Honorable Court seal the complaint, applications for a search warrant, search warrants, affidavits, and attachments in the above case numbers. Early disclosure of the complaint and search warrants could result in the defendant fleeing, destruction of evidence, and intimidation of witnesses.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov